# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE,<br><br>    Plaintiff,<br><br>vs.<br><br>13736 VAN NUYS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendant. | Case No.: 2:19-cv-06811-GW-PJW<br><br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed: August 6, 2019<br>Trial Date: June 16, 2020 |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Brenda Core's ("Plaintiff") entire action is dismissed with prejudice, including all claims stated against 13736 Van Nuys, LLC a California Limited Liability Company ("Defendant").

Dated: December 17, 2019

*/s/ George H. Wu*
Hon. George H. Wu
Judge, United States Court
Central District of California

---

1